In the Matter of the Estate of Augustus W. Clarke, Deceased. In the Matter of the Application of Lucile Pugh for a Compulsory Accounting by Celia L. Clarke, Executrix.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

55 East Eighty-sixth Street Corporation v. The Prudence Company, Inc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Townley, Merrell, Glennon and Untermyer, JJ.

Phœbe Cohen v. Sidney Weinberg and Others, Impleaded with Harry Miller and Frederick E. Klein.— Motion for leave to appeal to the Court of Appeals or for a reargument, or for a stay denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

Samuel Kaplan, a Minority Stockholder of the Twenty-seven Waverly Place Corporation, etc., v. Helen F. Copeland and Percy Uris, Impleaded, etc.— Motion for resettlement or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of Social Investigator Eligibles Association for an Order of Mandamus against Joseph D. McGoldrick, Comptroller, etc., and William Hodson, Commissioner of Public Welfare.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Gerard Investing Co., Inc., v. National Railways of Mexico, Also Known as National Railroad Company of Mexico, Also Known as Ferrocarriles Nacionales De Mexico.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.